**CURTIS, MALLET-PREVOST, COLT & MOSLE LLP**

101 Park Avenue
New York, New York 10178
Telephone: (212) 696-6000
*Counsel for Plaintiff, Debtor Lehman Brothers Holdings Inc.*

**QUINN EMANUEL URQUHART
& SULLIVAN, LLP**

51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
*Special Counsel for Plaintiff Intervenor the Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al.*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC. and OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF LEHMAN BROTHERS HOLDINGS INC., *et al*., <br><br> Plaintiff and Plaintiff Intervenor, <br><br> v. <br><br> JPMORGAN CHASE BANK, N.A., <br><br> Defendant. | 11 Civ. 6760 (RJS) |

**PLAINTIFFS' NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT**

PLEASE TAKE NOTICE THAT, upon the accompanying (1) Memorandum of Law in Support of Plaintiffs' Motion for Partial Summary Judgment, (2) Declaration of Christopher D. Kercher and the exhibits attached thereto, and (3) Declaration of William A. Olshan, and upon all prior papers and proceedings herein, Plaintiff Lehman Brothers Holdings Inc. and Plaintiff Intervenor Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc. (collectively, "Plaintiffs"), by their undersigned counsel, will move this Court, before the Honorable Richard J. Sullivan, United States District Judge for the Southern District of New York, 40 Foley Square, New York, New York 10007, for partial summary judgment in the above-captioned action pursuant to Rule 56 of the Federal Rules of Civil Procedure.

Pursuant to the Court's directions, all responsive briefs, if any, are to be served by October 15, 2014, and all reply briefs, if any, are to be served by October 31, 2014. Oral argument shall be on a date and at a time designated by the Court.

Plaintiffs respectfully request oral argument on this motion.

| | |
|---|---|
| Dated: September 15, 2014<br>New York, New York | **CURTIS, MALLET-PREVOST, COLT & MOSLE LLP**<br><br>By: /s/ *Joseph D. Pizzurro*<br>Joseph D. Pizzurro<br>L. P. Harrison 3rd<br>Michael J. Moscato<br>Peter J. Behmke<br>101 Park Avenue<br>New York, New York 10178<br>Telephone: (212) 696-6000<br><br>jpizzurro@curtis.com<br>lharrison@curtis.com<br>mmoscato@curtis.com<br>pbehmke@curtis.com<br><br>*Counsel for Plaintiff, Debtor Lehman Brothers Holdings Inc.*<br><br>**QUINN EMANUEL URQUHART & SULLIVAN LLP**<br><br>By: /s/ *Andrew J. Rossman*<br>Andrew J. Rossman<br>James C. Tecce<br>Erica P. Taggart<br>Christopher D. Kercher<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: (212) 849-7000<br><br>andrewrossman@quinnemanuel.com<br>jamestecce@quinnemanuel.com<br>ericataggart@quinnemanuel.com<br>christopherkercher@quinnemanuel.com<br><br>*Special Counsel for Plaintiff Intervenor, the Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al.* |