UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-3-14

LEHMAN BROTHERS HOLDINGS INC., *et al.*

              Plaintiffs,

-v-

JP MORGAN CHASE BANK,

              Defendant.

No. 11-cv-6760 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of a letter from Mr. Rickey Gregory, dated October 23, 2014, requesting that the Court "add" him as a party to this action. (Doc. No. 86.) The Court interprets this request as a motion for intervention pursuant to Federal Rule of Civil Procedure 24. However, Mr. Gregory has made no showing as to why he should be permitted to intervene under Rule 24, either as of right or upon the Court's permission, and the Court is not aware of any fact that would support the motion. Accordingly, IT IS HEREBY ORDERED THAT Mr. Gregory's request is DENIED.

SO ORDERED.

Dated:      November 3, 2014
              New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE

A copy of this Order has been sent to:

rickeygregory47@aol.com