QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY  10010
Telephone:  (212)-849-7000
Facsimile:  (212)-849-7100
*Attorneys for Plaintiff Intervenor*
*Official Committee of Unsecured Creditors*
*of Lehman Brothers Holdings Inc.*

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
101 Park Avenue
New York, NY  10178
Telephone:  (212)-696-6000
Facsimile:  (212)-697-1559
*Attorneys for Plaintiff Lehman Brothers Holdings Inc.*

WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY  10019-6150
Telephone:  (212) 403-1000
Facsimile:  (212) 403-2000
*Attorneys for Defendant JPMorgan Chase Bank, N.A.*

December 30, 2015

**BY E-MAIL AND ECF**

Hon. Richard J. Sullivan
United States District Judge
United States District Court
   for the Southern District of New York
40 Foley Square, Room 2104
New York, New York 10007
sullivannysdchambers@nysd.uscourts.gov

> Re: Lehman Brothers Holdings Inc., et al. v.
>     JPMorgan Chase Bank, N.A., No. 11-cv-06760(RJS)

Dear Judge Sullivan,

The parties write jointly in response to the Court's order of November 17, 2015 that the parties apprise the Court of the status of their discussions regarding the above-referenced action.

In short, the parties' discussions have been constructive, and they are continuing. Given the complexity of the parties' relationship and the difficulties of scheduling meetings with appropriate representatives during the holiday season, however, additional time is needed.

Accordingly, the parties hereby jointly request that no action be taken with respect to this matter until February 1, 2016, by which date they will provide a further update to the Court.

The parties are available at the Court's convenience to discuss the foregoing.

      Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Andrew J. Rossman*
      Andrew J. Rossman

*Counsel for Plaintiff Intervenor the Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc.*

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP

By  */s/ Joseph D. Pizzurro*
      Joseph D. Pizzurro

*Counsel for Plaintiff Lehman Brothers Holdings Inc.*

WACHTELL, LIPTON, ROSEN & KATZ

By  */s/ Paul Vizcarrondo, Jr.*
      Paul Vizcarrondo, Jr.

*Counsel for Defendant JPMorgan Chase Bank, N.A.*