UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC. and OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Plaintiff and Plaintiff Intervenor,<br><br>- against -<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>Defendant. | Case No.  11-CV-6760 (RJS)<br><br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel that, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, this action is dismissed in its entirety with prejudice (including all claims and counterclaims), with each side to bear its own fees and costs.

Dated: May 18, 2016
       New York, New York

By:

| */s/ Joseph D. Pizzurro* | */s/ Andrew J. Rossman* |
|---|---|
| Joseph D. Pizzurro | Andrew J. Rossman |
| CURTIS, MALLET-PREVOST, COLT & MOSLE LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 101 Park Avenue | 51 Madison Avenue, 22nd Floor |
| New York, New York 10178 | New York, New York 10010 |
| Telephone:  (212) 696-6000 | Telephone:  (212) 849-7000 |
| | |
| *Counsel for Plaintiff/Counterclaim-defendant, Debtor Lehman Brothers Holdings Inc.* | *Counsel for Plaintiff Intervenor, the Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al.* |

_____
Paul Vizcarrondo, Jr.
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, New York 10019
Telephone: (212) 403-1000

*Counsel for Defendant/Counterclaimant
JPMorgan Chase Bank, N.A.*